IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raymond L. Smith

      Plaintiff,                No. CIV S-05-0566 LKK CMK

    vs.

Gust Keproes, et al.,

      Defendants.

_____/      <u>ORDER</u>

        On November 04, 2005, defendant Paul Woodcock filed a motion to dismiss plaintiff's complaint for lack of jurisdiction (doc. 18), which was noticed for hearing on December 13, 2005. On November 3, 2005, the undersigned filed findings and recommendations recommending that plaintiff's complaint be dismissed against all defendants with prejudice.

    IT IS ORDERED THAT, in light of the pending findings and recommendations, the December 13, 2005 hearing on defendant Woodcock's motion to dismiss (doc. 18) is vacated.

DATED: November 7, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26