IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. SMITH,

    Plaintiff,                    No. CIV S 05-0566 LKK CMK

    vs.

GUST KEPROES, et al.,

    Defendants.      <u>ORDER</u>

_____/

        Plaintiff, who is proceeding pro se and in forma pauperis, brings this civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21).

        On November 3, 2005, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2005, are adopted in full;

2. The motion to dismiss filed by defendant Jean Wright d/b/a Cove Mobile Villa be granted and plaintiff's claims against defendant Jean Wright d/b/a Cove Mobile Villa sued herein as Jean Wright and Cove Mobile Villa be dismissed with prejudice;

3. Plaintiff's claims against Gust Keproes, Bruce Hull, William Warner[1], Kenneth Bottoms, Paul Woodcock and John Does 1-3 be dismissed with prejudice; and

4. Plaintiff's motion for preliminary injunctive relief be denied.

IT IS SO ORDERED.

DATED: January 11, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Due to clerical error, the defendant was listed in the magistrate judge's findings and recommendations as William Garner, the correct name is William Warner and is corrected herein.